United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,

vs.

G. MUNKS, et. al.,

    Defendants.

No. C 14-0970 PJH (PR)
No. C 14-1289 PJH (PR)

**ORDER DISMISSING CASES WITHOUT PREJUDICE**

    Plaintiff, a former detainee at Maguire Correctional Facility filed fourteen civil rights cases in the past year. Several were dismissed and plaintiff proceeded with six cases. However, plaintiff has not responded to motions or orders in any of his cases that require a response. Mail sent to plaintiff at Maguire Correctional Facility has been returned to the court as undeliverable since August 2014, because jail officials report that plaintiff is no longer in custody. *See, e.g.*, *Hollins v. Munks*, No. C 13-6013 PJH (PR). Several of plaintiff's cases were dismissed for failure to respond to court orders or because mail was undeliverable and plaintiff had not provided an updated address pursuant to local rules. In *Hollins v. Munks*, No. C 13-5035 PJH, plaintiff failed to file an opposition to a motion for summary judgment but the court still looked to the merits of the motion and granted summary judgment.[1]

    In the above two cases, plaintiff filed amended civil rights complaints that the court has yet to screen. Because plaintiff has not provided an updated address and has not continued with the litigation in his other cases, the court will not screen these cases and instead dismisses them without prejudice. It would be a waste of limited judicial resources to dismiss these cases with leave to amend or order service because plaintiff has not

---

[1] A motion for summary judgment was recently filed in *Hollins v. Munks*, No. C 13-5083 PJH, and the court will look to the merits regardless if plaintiff files an opposition.

1  provided an updated address and he has not continued with the litigation in his other cases.
2  Should plaintiff wish to continue with these cases he may file a brief motion to reopen.
3  These cases are **DISMISSED** without prejudice and the pending motion (Docket No. 5 in
4  No. C 14-0970 PJH (PR)) is **VACATED**.
5       **IT IS SO ORDERED.**
6  Dated: November 10, 2014.

                                    _____
                                    PHYLLIS J. HAMILTON
7                                   United States District Judge

G:\PRO-SE\PJH\CR.14\HollinsDIS.wpd